UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE COTTA, individually and as representative of the Estate of John Cotta; MADISON COTTA, a minor, represented by her mother and legal representative and guardian, Natalie Pohl,<br><br>Plaintiff,<br><br>v.<br><br>DAVE ROBINSON, et al.,<br><br>Defendants.<br>_____/ | CASE NO. 1:13-cv-00359-LJO-SMS<br><br>ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. 3) |

By a motion filed March 12, 2013, Plaintiffs Yvonne Cotta and Madison Cotta seek to proceed *in forma pauperis*. Plaintiffs have submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiffs' motion to proceed *in forma pauperis*. The Clerk of Court is directed to issue new case documents and summonses.

IT IS SO ORDERED.

**Dated:   March 15, 2013**               /s/ Sandra M. Snyder
                                           UNITED STATES MAGISTRATE JUDGE