UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONNE COTTA, individually and as representative of the Estate of John Cotta; MADISON COTTA, a minor, represented by her mother and legal representative and guardian, Natalie Pohl,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF KINGS, et al.,<br><br>Defendants.<br>_____/ | CASE NO. 1:13-cv-00359-LJO-SMS<br><br>ORDER GRANTING PLAINTIFFS' APPLICATION FOR APPOINTMENT OF A GUARDIAN *AD LITEM* FOR MINOR PLAINTIFF MADISON COTTA<br><br>(Doc. 19) |

Plaintiffs Yvonne Cotta, Natalie Pohl, and Madison Cotta, through their attorney, Kevin G. Little, request appointment of Madison's grandmother, Plaintiff Yvonne Cotta, as Madison's guardian *ad litem*. The Court shall grant Plaintiffs' request.

Because she is six years old, Madison is not able to represent her own interests in this action. Citing her relative inexperience in legal matters, Madison's mother, Natalie Pohl, requests that Yvonne Cotta be appointed guardian *ad litem*. Both adult Plaintiffs agree that given the absence of any conflict between the Plaintiffs, the ability of a single individual to coordinate the prosecution of Plaintiffs' claims is administratively preferable.

Mrs. Cotta has provided the supporting declaration required under California Code of Civil Procedure § 377.32, with the exception of a copy of the death certificate, which Mrs. Cotta declares has not been provided to her despite multiple requests. (No party in this action disputes that Plaintiffs' decedent, John Cotta, died April 23, 2012.)

///

1  Having reviewed Plaintiffs' application and applicable law, the Court hereby APPOINTS Plaintiff Yvonne Cotta to act as guardian *ad litem* for her granddaughter, Plaintiff Madison Cotta, in this action.

IT IS SO ORDERED.

**Dated:   July 5, 2013**               /s/ Sandra M. Snyder
                                  UNITED STATES MAGISTRATE JUDGE