James J. Arendt, Esq.            Bar No. 142937
Roy C. Santos, Esq.              Bar No. 259718

WEAKLEY & ARENDT, LLP
1630 East Shaw Avenue, Suite 176
Fresno, California 93710
Telephone: (559) 221-5256
Facsimile:  (559) 221-5262

Attorneys for Defendants, COUNTY OF KINGS; SHERIFF DAVE ROBINSON; ASSISTANT SHERIFF DAVE PUTNAM; SGT. S. HENDERSON

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YVONNE COTTA, individually and as representative of the ESTATE OF JOHN COTTA; MADISON COTTA, a minor represented through her parent and legal representative/guardian NATALIE POHL,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF KINGS; SHERIFF DAVE ROBINSON; ASSISTANT SHERIFF DAVE PUTNAM; SGT. S. HENDERSON; DOES 1 through 30,<br><br>　　　　Defendants.<br>_____ | CASE NO.  1:13-CV-00359-LJO-SMS<br><br>**STIPULATION AND ORDER EXTENDING THE TIME FOR DEFENDANTS TO FILE THEIR RESPONSE TO PLAINTIFFS' CORRECT FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED between the parties, through their respective counsel, and ordered by this Court, that Defendants COUNTY OF KINGS, ("COUNTY"), a public entity, and SERGEANT SHARI HENDERSON ("Sergeant Henderson"), a public entity employee, (collectively "Defendants"), be permitted ten (10) days from the date of the Court's order on their motion for reconsideration Doc. No. 29, to file a response to Plaintiffs YVONNE COTTA ("Mrs. Cotta"), MADISON COTTA ("Madison") and the ESTATE OF JOHN COTTA's ("Decedent's estate"), (collectively "Plaintiffs") corrected first amended complaint.  There is good cause for extending Defendants' time to respond.

Stipulation and Order

1  Defendants reasonably and in good faith believed, pursuant to binding federal and state law precedent,
2  that portions of the Court's order granting in part and denying in part Defendants' motion to dismiss
3  constituted a clear error of law.  Based on their reasonable and good faith belief and to prevent the cost
4  of needless filing of multiple motions to dismiss, Defendants filed their motion for reconsideration.
5  Pursuant to the precedent cited within Defendants' motion for reconsideration, if granted, several claims
6  within Plaintiffs' corrected first amended complaint would be void.  As such, Defendants awaited the
7  Court's ruling before preparing their response.

8      Prior to the Court issuing its order on Defendants' motion for reconsideration, Plaintiffs filed
9  their corrected first amended complaint. Pursuant to the Federal Rules of Civil Procedure since
10 Plaintiffs filed their corrected first amended complaint on August 5, 2013, Defendants are required to
11 file their response no later than August 19, 2013.  The Court issued it's order on Defendants' motion
12 for reconsideration on August 15, 2013; providing Defendants with four (4) days to prepare their
13 response to Plaintiffs' corrected first amended complaint.  Plaintiffs have graciously and in the spirit
14 of collegiality agreed to provide Defendants with an extension of time to file their response.  This
15 extension of time does not alter any of the other currently scheduled dates.  Thus, good cause exists to
16 grant the parties stipulation and order that Defendants be provided with an extension of time in the
17 amount of 10 days from the date of the Court's order on Defendants' motion for reconsideration to file
18 their response to Plaintiffs' corrected first amended complaint.

19

20 IT IS SO STIPULATED.

21 DATED: August 16, 2013          WEAKLEY & ARENDT, LLP

23                      By:   /s/ Roy C. Santos
                                James J. Arendt
24                              Roy C. Santos
                                Attorneys for Defendants

27 DATED: August 16, 2013   By:   /s/ Kevin G. Little
                                Kevin G. Little
28                              Attorney for Plaintiffs

Stipulation and Order          2

**IT IS SO ORDERED.**

IT IS SO ORDERED.

**Dated:**   **August 21, 2013**                  **/s/ Sandra M. Snyder**
                                                    UNITED STATES MAGISTRATE JUDGE

Stipulation and Order                3