IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

\*\*\*

| | |
|---|---|
| YVONNE COTTA, individually and as representative of the ESTATE OF JOHN COTTA; MADISON COTTA, a minor represented through her parent and legal representative/guardian NATALIE POHL,<br><br>　　　　　　　　Plaintiffs,<br>v.<br><br>COUNTY OF KINGS; SHERIFF DAVE ROBINSON; ASSISTANT SHERIFF DAVE PUTNAM; SGT. S. HENDERSON; DOES 1 through 30,<br>　　　　　　　　Defendants. | Case No.  13-CV-F-0359 LJO SMS<br><br>ORDER RE: PLAINTIFFS' APPLICATION FOR APPOINTMENT OF YVONNE COTTA AS GUARDIAN AD LITEM FOR KAYLIANNA COTTA, IN HER CAPACITY AS REPRESENTATIVE OF THE ESTATE OF JOHN COTTA |

　　　　This matter is before the Court on the application of the plaintiffs for the appointment of plaintiff Yvonne Cotta, the mother of decedent John Cotta, as the guardian ad litem of minor Kaylianna Cotta, a daughter and heir of decedent John Cotta.

　　　　The Court finds that it is reasonable and necessary to appoint a guardian ad litem for Kaylianna Cotta.  There also does not appear to be any conflict of interest or other reason disfavoring Mrs. Cotta's requested appointment.

　　　　Accordingly, the Court GRANTS the plaintiffs' application and duly appoints Mrs. Cotta as

_____
ORDER RE:
GUARDIAN AD LITEM APPLICATION

Kaylianna Cotta's guardian ad litem, in her capacity as the legal representative of the decedent's estate.

IT IS SO ORDERED.

Dated: 1/12/2015            /s/ SANDRA M. SNYDER
                            UNITED STATES MAGISTRATE JUDGE