UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YVONEE COTTA, individually and as representative of the ESTATE OF JOHN COTTA, and the heirs of the ESTATE OF JOHN COTTA,<br><br>Plaintiffs,<br><br>v.<br><br>SHARI HENDERSON, Lieutenant,<br><br>Defendant. | Case No. 1:13-cv-00359-BAM<br><br>ORDER TO RECAPTION CASE |

Following remand from the United States Court of Appeals for the Ninth Circuit, this action proceeds only on Plaintiffs' wrongful death claim against Defendant Shari Henderson. Therefore, the caption should reflect that this action no longer proceeds against any other defendant. Accordingly, the caption for this case shall be as reflected above, and the docket shall be corrected accordingly.

IT IS SO ORDERED.

Dated: **March 6, 2018**          /s/ *Barbara A. McAuliffe*
                                 UNITED STATES MAGISTRATE JUDGE

1